# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : File No. 1:10-cr-93-jgm-5 |
| TERRELL JORDAN, | : |
| Defendant. | : |

## ORDER

On April 23, 2012, Defendant's counsel filed a Motion to Withdraw as Attorney (CJA). Doc. 116. Upon consideration of the pleadings, and after a hearing on the motion, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice are best served by granting defense counsel permission to withdraw as counsel for defendant. Because of potential issues that could result from continued representation of the defendant, Attorney Michael J. Straub's motion to withdraw is GRANTED. The Court directs the Clerk to appoint substitute counsel for defendant.

Newly-appointed counsel will require additional time to review the file and discovery materials and to conduct research and investigation. Furthermore, he/she will need time to accurately convey the status of discovery and options for pretrial motions to defendant. Denial of an extension of time would deny counsel for the defendant, exercising due diligence, reasonable time necessary for effective preparation.

Accordingly, Attorney Straub's Second Motion to Extend Motion Deadline (Doc. 117) is granted. Pretrial motions shall be filed on or before July 27, 2012.

It is FURTHER ORDERED that the period of delay resulting from the extension of time shall be excludable in computing the time in which the trial in this cause must

commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on April 23, 2012 and shall continue through July 27, 2012.

    Dated at Brattleboro, in the District of Vermont, this 24th day of May, 2012.

                                    /s/ J. Garvan Murtha
                                    Honorable J. Garvan Murtha
                                    United States District Judge